IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Criminal Action No. 95-CR-00173-01-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEOFFREY CHRIS CLEMENT,

    Defendant.

---

## ORDER

---

    As the chief judge for the district court, I have the authority to divide and assign the business of the court so far as other rules and orders do not otherwise prescribe such assignment. 28 U.S.C. § 137. On the resignation of U.S. District Judge Edward W. Nottingham, I have determined that certain matters pending before Judge Nottingham that have not already been subject to reassignment shall be considered by me.

    The pending matter before the court is the defendant's October 6, 1997 "Emergency Motion for Stay of Transfer," filed by attorney Lance Isaacs. Neither the court's file nor the clerk of the court's docket sheet records that the court directed the Government to respond, or that the Government did so. The motion requests that the defendant not be transferred from the Federal Detention Center in Englewood, Colo., to another facility for treatment of a health condition. Counsel advises the court in the motion that the defendant in fact successfully underwent surgery, and a scheduled transfer by the Bureau of Prisons was no longer necessary.

The defendant had previously been sentenced on February 14, 1997 to 63 months imprisonment on multiple counts of wire fraud and money laundering. After release from imprisonment, his criminal activities recommenced, and the defendant was indicted in November 1990 on new charges of wire fraud and money laundering in Criminal Case No. 99-cr-393-EWN, eventually found guilty, and sentenced to 60 months imprisonment.

Whether the defendant's 1997 motion to prevent custodial transfer in this case was granted – and whether the defendant was thereby transferred – is obviously moot since he eventually returned to Colorado. Accordingly, it is

**ORDERED** that the defendant's motion for emergency stay of transfer is DENIED as moot.

DATED at Denver, Colorado, this     **13th**     day of February , 2009.


BY THE COURT:


By:  s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge